UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| MACK PEREZ-TEJADA; and CHRISTOPHER ESTEVEZ on behalf of themselves and all others similarly situated; | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | C.A. No.  1:17-CV-12448-DJC |
| MATTRESS FIRM, INC., | ) ) ) | |
| Defendant. | ) ) ) | |

**JOINT MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT AGREEMENT; APPLICATION FOR ATTORNEYS' FEES AND COSTS; AND APPLICATION FOR CLASS REPRESENTATIVE INCENTIVE PAYMENTS**

The action was brought by the Plaintiffs Mack Perez-Tejada and Christopher Estevez (the "Plaintiffs" or "Named Plaintiffs") against Mattress Firm, Inc. (the "Defendant") on behalf of commissioned salespeople, (collectively, "Class" or "Class Members") who worked for Mattress Firm, Inc. in Massachusetts.  Defendants have denied all wrongdoing and liability to Plaintiffs and the Class Members, and have defended the lawsuit vigorously.

The parties have reached an agreement to settle this action on a class-wide basis (Settlement Agreement attached as <u>Exhibit</u> A).  The proposed settlement is a fair result for the class and will allow the class to avoid the delay and uncertainty of further litigation.

The Plaintiffs and Defendants, for the reasons set forth in their memorandum, respectfully request that this Court grant final approval of the settlement,  enter the proposed

Order Approving Class Action Settlement (Proposed Order attached as Exhibit B), dismiss this case with prejudice and grant any other relief as the Court deems just.

        Respectfully submitted,

        NAMED PLAINTIFFS MACK PEREZ-TEJADA and CHRISTOPHER ESTEVEZ,

        By their attorneys,

        /s/ *James D. Livingstone*_____

        James D. Livingstone. BBO #640536
        John P. Regan, Esq. BBO #684326
        Employee Rights Group, LLC
        185 Devonshire Street, Suite 200
        Boston, MA 02110
        T: (857) 277-0902
        F. (857) 233-5287
        jay@maemployeerights.com
        jregan@maemployeerights.com

        By their attorneys,

        ARROWOOD LLP

By:   /s/ *Raymond P. Ausrotas*_____
        Raymond P. Ausrotas (BBO #640315)
        Sarah E. A. Sousa (BBO #691089)
        ARROWOOD LLP
        10 Post Office Square, 7th Floor South
        Boston, MA 02109
        (617) 849-6200 telephone
        (617) 849-6201 facsimile
        rausrotas@arrowoodllp.com
        ssousa@arrowoodllp.com

        DEFENDANT MATTRESS FIRM, INC.,
        By their attorneys,

        */s/ Diane M. Saunders*_____
        Diane M. Saunders, BBO #562872
        OGLETREE, DEAKINS, NASH, SMOAK
         & STEWART, P.C.

> One Boston Place, Suite 3500
> Boston, MA 02108
> Tel. (617) 994-5700
> Fax (617) 994-5701
> diane.saunders@ogletree.com

Dated: April 24, 2020

## CERTIFICATE OF SERVICE

I hereby certify that on April 24, 2020, I served an original and copy of the foregoing document upon counsel for Defendants via the Court's ECF system.

/s/
_____
James Livingstone

3